**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Malaysia Freeman, Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000492

―――――――――

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

―――――――――

Unpublished Opinion No. 2021-UP-419
Submitted November 12, 2021 – Filed November 19, 2021

―――――――――

**AFFIRMED**

―――――――――

John Brandt Rucker and Allyson Sue Rucker, both of The Rucker Law Firm, LLC, of Greenville, for Appellant.

Richard Whitney Allen and Marianthe Kolokithas Richey, both of South Carolina Department of Social Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:** Malaysia Freeman appeals from the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Freeman's counsel.

**AFFIRMED.**[1]

**WILLIAMS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.